Name Emerson Robert Gaitan AR9652
Street Address  5986 E. Montecito Ave.
City and County  Fresno/Fresno
State and Zip Code  California. 93727
Telephone Number  (559)942-2913



**FILED**

JUL 25 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Emerson R. Gaitan,

    Plaintiff.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Jeff Macomber, Connie Gibson,
Leanna Lundy, Ron Broomfield,
John/Jane does,  Defendants.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 1:25-CW-00915-HBK(PC)
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
              *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Emerson R. Gaitan |
| Street Address | 5986 E. Montecito Ave. |
| City and County | Fresno/Fresno |
| State and Zip Code | CA. 93727 |
| Telephone Number | (559)942-2913 |
| E-mail Address | speedy@fresnobarriosunidos.org |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

        Defendant No. 1

| | |
|---|---|
| Name | Jeff Macomber |
| Job or Title (if known) | CDCR Secretary |

|  |  |
|---|---|
| Street Address | |
| City and County | Sacramento |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address (if known) | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

|  |  |
|---|---|
| Name | Connie Gibson |
| Job or Title (if known) | CDCR Director |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 3

|  |  |
|---|---|
| Name | Leanna Lundy |
| Job or Title (if known) | Warden (CAC) California City |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 4

|  |  |
|---|---|
| Name | Ron Broomfield |
| Job or Title | Director, Division of Adult Inst. |

3

        (if known)
        Street Address    _____
        City and County   _____
        State and Zip Code _____
        Telephone Number  _____
        E-mail Address     _____
        (if known)

        [x] Individual capacity       [x] Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.    Are you bringing suit against *(check all that apply)*:

        [ ]    Federal officials (a *Bivens* claim)

        [x]    State or local officials (a § 1983 claim)

   B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        <u>Violations of Plaintiff's 1st, 8th, and 14th amendments.</u>
        _____
        _____

   C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

        _____
        _____
        _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Each and every Defendant was employed by CDCR and opperated and carried out their duties in accordance with CDCR Policies and Procedures at the direction of Defendants.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

> California City (CAC), Avenal State Prison, and Pleasant Valley State Prison.

B. What date and approximate time did the events giving rise to your claim(s) occur?

> September 2, 2022, September 18, 2018, and approx. May 28, 2023.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> The facts are that Plaintiff was set up to be assaulted and stabbed by rival STG-Southerners, STG-Northerners, STG-Whites and all their allies. He suffered multiple assaults and injuries as a result of the gladiator type fights being implemented by CDCR and their agents.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

```
Multiple bruises, abrasions, injuries to his head and body,
a broken nose and fracture to the face as well other injuries.
```

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

```
Plaintiff request that CDCR and Defendants stop setting up
gladiator fights that caused Plaintiff and countless other
STG-Bulldogs to be assaulted, beaten and stabbed. The Plaintiff
be awarded, compensatory, punitive, exemplary and any other
damages the Court deems appropriate.
```

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __7/24__, 20_25_

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff  Emerson Robert Gaitan AR9652