UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERSON ROBERT GAITAN,<br><br>           Plaintiff,<br><br>    v.<br><br>MACOMBER et al,<br><br>           Defendant. | 1:25-cv-00915-HBK (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff initiated this action by filing a pro se civil rights complaint on July 25, 2025. (Doc. No. 1). Plaintiff did not accompany the complaint with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. Although the complaint appears to allege claims stemming from Plaintiff's incarceration within the California Department of Corrections, it appears that Plaintiff is no longer incarcerated.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, it is **ORDERED**:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff.

2. Within thirty (30) days of the date on this order, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to

Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

3. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order as a sanction under Local Rule 110.

Dated: <u>July 28, 2025</u>

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE