UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERSON ROBERT GAITAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>MACOMBER et al,<br><br>                    Defendant. | Case No.  1:25-cv-00915-JLT-HBK<br><br>ORDER TO SHOW CASUE<br><br>FOURTEEN DAY DEADLINE |

    Plaintiff Emerson Robert Gaitan proceeds pro se in this civil rights action filed under 42 U.S.C. § 1983 on July 25, 2025.  (Doc. No. 1, "Complaint").  On October 15, 2025, the court recalled its Findings and Recommendations to deny Plaintiff's motion to proceed *in forma pauperis* and agreed to reconsider Plaintiff's indigency status based on Plaintiff's representations that he had omitted his monthly rental payments from his application.  (Doc. No. 8).  Before the court can reconsider Plaintiff's indigency status, he was directed to complete and file an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239, signed under penalty of perjury,[1] that reflected <u>all</u> expenses that Plaintiff wanted the court to consider, including his monthly rental payment.  (Doc. No. 8).  The Court attached a blank application for Plaintiff's use and afforded him twenty-one (21) days to complete and return the

---

[1] The inclusion of the "penalty of perjury" language makes any material false statement subject to federal perjury laws (specifically 18 U.S.C. § 1621 and 1623) which can result in fines or imprisonment.

1  amended application. (*Id*. at 3, ¶ 3). The Court further advised Plaintiff if he was unwilling to
2  complete and submit an amended application, he was required to pay the $450.00 filing fee in
3  full. (*Id*.). Further, the Court warned Plaintiff his failure to timely comply with the October 15,
4  2025 Order, may result in a dismissal of this action under E.D. Cal. Local Rule 110.
5        As of the date of this Order to Show Cause, Plaintiff has not submitted an amended
6  application or paid the $405.00 filing fee and the time for doing so has expired.
7        Accordingly, it is ORDERED:

   1. Within **fourteen (14) days** of the date of this Order, Plaintiff shall take one of the following actions if he wishes to prosecute this case :

     a. file an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239, signed under penalty of perjury, that reflects <u>all</u> expenses that Plaintiff wants the court to consider, including his monthly rental;

     b. pay the $405.00 filing fee; or

     c. show cause why the Court should not recommend that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action and/or his failure to timely comply with the Court's October 15, 2025 Order.

   2. Alternatively, to the extent Plaintiff does not wish to prosecute this action at this time, within fourteen (14) days, he may file a "Notice to Voluntarily Dismiss Action Without Prejudice Under Federal Rule of Civil Procedure 41."

   3. Plaintiff's failure to timely respond to this Show Cause Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:   November 20, 2025

                                            HELENA M. BARCH-KUCHTA
                                            UNITED STATES MAGISTRATE JUDGE