**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

EMERSON ROBERT GAITAN,

        Plaintiff,

    v.

MACOMBER et al.,

        Defendants.

Case No.  1:25-cv-00915 JLT HBK

ORDER ADOPTING FINDING AND RECOMMENDATIONS IN FULL

(Docs. 4, 10)

Plaintiff, Emerson Robert Gaitan, is proceeding pro se in this prisoner civil rights action under 42 U.S.C. § 1983.  (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2025, Plaintiff filed a motion to proceed *in forma pauperis* (IFP). (Doc. 4.) On September 19, 2025, the magistrate judge issued Findings and Recommendations to deny the motion because Plaintiff's income and assets exceeded the federal poverty threshold. (Doc. 6.) Plaintiff timely filed objections stating he failed to include his rental payment of $850 a month in his application to proceed IFP. (Doc. 7.) On October 15, 2025, the magistrate judge construed Plaintiff's objections as a motion for reconsideration, recalled the Findings and Recommendations, and directed Plaintiff to pay the filing fee or file an amended application to proceed IFP within twenty-one days. (Doc. 8.)

After Plaintiff failed to respond, the magistrate judge issued an Order to Show Cause on

November 20, 2025, requiring Plaintiff to pay the filing fee, file an amended application, or show cause why the case should not be dismissed. (Doc. 9.) Plaintiff did not respond to the Order to Show Cause. (*See* docket.)  On December 18, 2025, the magistrate judge issued Findings and Recommendations ("F&R"), recommending dismissal of the action for failure to prosecute and failure to comply with court orders. (Doc. 10.) The F&R was served on Plaintiff and contained notice that any objections were to be filed within fourteen days. (*Id*.) To date, no objections have been filed and the time to do so has passed. (*See* docket.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendation, issued on December 18, 2025 (Doc. 10), are **ADOPTED** in full.

2. The action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to terminate any pending motions/deadlines and close this case.

IT IS SO ORDERED.

Dated:    **January 21, 2026**

UNITED STATES DISTRICT JUDGE

2